IN RE PAROLE DETERMINATION INVOLVING INDETERMINATE SENTENCING CASES.

[Cite as *In re Parole Determination Cases,*
98 Ohio St.3d 164, 2002-Ohio-7085.]

(Submitted December 4, 2002—Decided December 26, 2002.)

{¶ 1}  The following dispositions of currently pending appeals are entered based on our decision in *Layne v. Ohio Adult Parole Auth.,* 97 Ohio St.3d 456, 2002-Ohio-6719, 780 N.E.2d 548.

## I

{¶ 2} The judgments of the courts of appeals in the following cases are reversed, and the causes are remanded to the respective trial courts for further proceedings consistent with *Layne v. Ohio Adult Parole Auth.*, supra:

{¶ 3} 2001–1659. *Lower v. Ghee* (Aug. 2, 2001), Franklin App. No. 00AP–1349.

{¶ 4} 2001–1774. *Gearheart v. Ohio Adult Parole Auth.* (Aug. 23, 2001), Fairfield App. No. 01CA28, 2001 WL 1011455.

{¶ 5} 2002–1042. *Coventry v. Ghee*, Licking App. No. 01CA89, 2002-Ohio-2523, 2002 WL 925209.

## II

{¶ 6} The judgments of the courts of appeals in the following cases are affirmed on the authority of *Layne v. Ohio Adult Parole Auth.*, supra:

{¶ 7} 2002–0442. *Randolph v. Ohio Adult Parole Auth.*, Miami App. No. 2001–CA–36, 2002-Ohio-547, 2002 WL 191640.

{¶ 8} 2002–0883. *Tucker v. Ohio Adult Parole Auth.* (Apr. 11, 2002), Cuyahoga App. No. 80134, 2002 WL 568404.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.